Honorable Judge Christopher M. Alston
Chapter 13
Hearing Location: Seattle
Hearing Date: January 14, 2016
Response Date: January 7, 2016
Hearing Time: 9:30 a.m.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

Jill Suzanne Weldon,

    Debtor.

**CASE NO.: 15-16656-CMA**

**CHAPTER 13**

**OBJECTION TO CONFIRMATION BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

JPMorgan Chase Bank, National Association ("Creditor"), objects to confirmation of the proposed chapter 13 plan (The "Plan") of Jill Suzanne Weldon ("Debtor" herein). The basis for this objection is that the Plan does not comply with the provisions of Title 11, chapter 13 of the United States Bankruptcy Code and thus should not be confirmed by the Court.

## I.     BACKGROUND

On or about December 14, 2007, Jill S. Weldon executed and delivered a note in favor of JPMorgan Chase Bank, N.A. in the original principal amount of $228,000.00. This Note was secured by a Deed of Trust ("Deed") encumbering real property commonly described as 18501 Newport Way SE M151, Issaquah, WA 98027 ("Property"). Creditor is the holder of the note or services the note for the holder.

On November 11, 2015, Debtor filed for protection under Title 11, chapter 13 of the United States Code under cause number 15-16656-CMA in the above listed court.

The outstanding balance due on the Note as of filing is approximately $205,061.48. As of the same date the loan is contractually due for the October 1, 2015 payment.

Objection to Confirmation - 1
MH# WA-15-120804

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 319-9100

The pre-petition arrears, including payments, late charges, escrow advances and accrued fees and costs are approximately $3,936.25 as will be detailed in Creditor's filed proof of claim default. The monthly payment due as of the filing date was $1,373.43.

## II. ARGUMENT AND AUTHORITY

Under 11 U.S.C. § 1325 (a)(1) and 1322 (b)(3) a plan must provide for the cure of an existing default within a reasonable time and require the maintenance of payments while the case is pending on a secured claim on which the last payment is due after the date on which the final payment under the plan is due. In the case at bar, the Debtor's plan fails to provide for cure of the accrued arrears.

## III. CONCLUSION

For the reason listed above, the chapter 13 plan as proposed fails to comply with the requirements of United States Code Title 11. Therefore, Creditor respectfully requests the Court deny confirmation of the proposed Chapter 13 plan. If the court sustains this objection and denies confirmation, Creditor respectfully requests that the Court set a deadline by which an amended plan is to be filed. Creditor further requests that if the Debtor does not file the Amended Plan by the date imposed by the Court, that the Trustee be permitted to submit an order dismissing the bankruptcy case for failure to comply with the order of the court.

Dated: December 22, 2015           McCarthy & Holthus, LLP

/s/ Lance E. Olsen
Annette E. Cook, Esq. WSBA# 31450
Lance E. Olsen, Esq. WSBA# 25130
Attorneys for Movant

Objection to Confirmation - 2
MH# WA-15-120804

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 319-9100

Case 15-16656-CMA    Doc 14    Filed 12/22/15    Ent. 12/22/15 09:16:07    Pg. 2 of 3

# CERTIFICATE OF SERVICE

On 12/22/2015, I served the foregoing **OBJECTION TO CONFIRMATION** on the following individuals by electronic means through the Court's ECF program:

**TRUSTEE**  
K Michael Fitzgerald  
courtmail@seattlech13.com

**DEBTOR(S) COUNSEL**  
Matthew J Cunanan  
matthew@dclglawyers.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Bogdan Radulescu  
Bogdan Radulescu

On 12/21/2015, I served the foregoing **OBJECTION TO CONFIRMATION** on the following individuals by depositing true copies thereof in the United States mail, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**  
Jill Suzanne Weldon, 18501 Newport Way SE M151, Issaquah, WA 98027

**US TRUSTEE**  
700 Stewart St Ste 5103, Seattle, WA 98101

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Christian Aguilar  
Christian Aguilar

Certificate of Mailing- 3  
MH#WA-15-120804

McCarthy & Holthus, LLP  
108 1st Avenue South, Ste. 300  
Seattle, WA 98104  
(206) 319-9100

Case 15-16656-CMA    Doc 14    Filed 12/22/15    Ent. 12/22/15 09:16:07    Pg. 3 of 3