**DC Law Group NW LLC**
221 1st Ave W #320
Seattle, WA 98119
Office: 206.494.0400
Fax: 855.494.0400

Honorable Christopher M. Alston
Location: Seattle
Hearing Date: 4-28-2016
Hearing Time: 9:30am
Response Date: 4-21-2016

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **In re**<br><br>**JILL SUZANNE WELDON**<br><br>Debtor. | **Chapter 13**<br><br>Case No. 15-16656 CMA<br><br>**MOTION FOR CONFIRMATION OF AMENDED CHAPTER 13 PLAN DATED 3/3/2016** |

COMES NOW, the Debtor, by and through her attorney, Matthew Cunanan, and moves the court for confirmation of Debtor's Amended Chapter 13 Plan dated 3/3/2016, a copy of which is attached hereto. Appropriate notice has been given to creditors. The plan complies with all applicable laws and rules, is feasible, and should be confirmed by the court.

Based on the foregoing, debtors ask that the court confirm the Amended Plan.

Respectfully submitted this 3rd day of March, 2016.

DC LAW GROUP
/s/ *Matthew J. Cunanan*
Matthew J. Cunanan, WSBA # 42530
Attorneys for Debtor

*Motion to Confirm Plan* - 1

# NOTICE TO CREDITOR OF MOTION FOR CONFIRMATION OF PLAN

YOU ARE HEREBY NOTIFIED that the foregoing motion will be heard before Judge Christopher M. Alston, Courtroom 7206, **700 Stewart St. Seattle, WA 98101**, on April 28, 2016, at the hour of 9:30 a.m. or as soon thereafter as the Court may direct, at which time you may appear and offer your evidence as to why the motion should not be granted**.** IF IT IS YOUR INTENTION TO BE HEARD IN THIS MATTER, YOU MUST GIVE WRITTEN RESPONSE TO THE COURT, 700 Stewart St. #6301 Seattle, WA 98101, THE TRUSTEE'S OFFICE, K Michael Fitzgerald, 600 University St. #2200 Seattle, WA 98101, AND TO DEBTOR'S ATTORNEY, MATTHEW CUNANAN, OF DC LAW GROUP, 221 1st Ave W #320 Seattle, WA 98119 no later than April 21, 2016, or the order may be entered without a hearing taking place.

Dated at Seattle, WA this 3rd day of March, 2016 in Seattle, Washington.

> DC LAW GROUP
> /s/ *Matthew J. Cunanan*
> Matthew J. Cunanan, WSBA # 42530
> Attorneys for Debtor

Certificate of Service

I certify under penalty of perjury that on the date this document was filed, a copy of this document, including the Third Amended Chapter 13 Plan dated 3/3/2016, was served via ECF on the Chapter 13 Trustee, K. Michael Fitzgerald, and all ECF parties and Special Requests; and

Via U.S. first-class mail, postage pre-paid to:

All creditors on the ECF mailing matrix

> /s/ *Maryann Miyoshi*
> Maryann Miyoshi
> Assistant to Matthew J. Cunanan

*Motion to Confirm Plan* - 2

**DC LAW GROUP NW LLC**
221 1st Ave W #320, Seattle, WA 98119
Tel:206-494-0400 Fax: 855-494-0400